IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JAMES SNOW, Reg. No. N-50072, ) | |
| ) | |
| PETITIONER ) | No. 13 CV 3947 |
| ) | |
| v. ) | |
| ) | |
| MICHAEL LEMKE, Warden, Superintendent, ) | |
| or authorized person having custody of petitioner, ) | |
| ) | Case Number of State Court |
| RESPONDENT. ) | Conviction: 99 CR 1016 |

## LIST OF EXHIBITS TO PETITION FOR WRIT OF
## HABEAS CORPUS – PERSON IN STATE CUSTODY

| | |
|---|---|
| Exhibit 1 | Affidavit of Jeffery Pelo |
| Exhibit 2 | Police radio tape recording, March 31, 1991 |
| Exhibit 3 | Jeffery Pelo interview transcript, March 2, 1999 |
| Exhibit 4 | Affidavit of William Hendricks |
| Exhibit 5 | Affidavit of Dennis Hendricks |
| Group Exhibit 6 | Inquest testimony of Paul Williams, May 20, 1991, and Williams initial case report |
| Group Exhibit 7 | Police reports relating to Danny Martinez |
| Exhibit 8 | Affidavit of Carlos Luna |
| Exhibit 9 | Thomas Sanders testimony in *People v. Claycomb*, No. 99 CF 1017 |
| Exhibit 10 | Affidavit of Larry Biela |
| Exhibit 11 | Affidavit of Anthony Matens |
| Exhibit 12 | Affidavit of Dawn Roberts |
| Exhibit 13 | Affidavit of Tina McCombs |

| | |
|---|---|
| Exhibit 14 | Affidavit of Mark Huffington |
| Group Exhibit 15 | Filings in *United States v. Schaal*, Case No. 3:00-CR-103-J-25C |
| Group Exhibit 16 | Bruce Roland sentencing documents |
| Exhibit 17 | Jody Winkler sentencing documents |
| Exhibit 18 | Statement of Mary Jane Burns |
| Exhibit 19 | Affidavit of Darren Smart |
| Exhibit 20 | Grand jury testimony of Russell Thomas |
| Group Exhibit 21 | ARDC Documents related to Frank Picl |
| Group Exhibit 22 | Sentencing documents related to Frank Picl |
| Exhibit 23 | Affidavit of Maureen Kevin |
| Exhibit 24 | Affidavit of Ed Palumbo |
| Exhibit 25 | Police reports relating to Ed Palumbo |
| Group Exhibit 26 | Police reports relating to Bill Moffitt |
| Exhibit 27 | Affidavit of Danielle Prosperini |
| Exhibit 28 | Affidavit of Randall Howard |
| Exhibit 29 | Police reports relating to Randall Howard |
| Exhibit 30 | Affidavit of Dan Tanasz |
| Exhibit 31 | Affidavit of Mark McCown |
| Exhibit 32 | Affidavit of David Arison |
| Exhibit 33 | Affidavit of Leigh Denison |
| Group Exhibit 34 | Pleadings and opinions in *People v. Beaman*, No. 94 CF 476 |
| Group Exhibit 35 | Opinions and testimony in *People v. Drew*, No. 98 CF 790 |

| | |
|---|---|
| Exhibit 36 | July 16, 2012 FOIA response letter |
| Exhibit 37 | McCann polygraph worksheet relating to Danny Martinez |
| Exhibit 38 | Affidavit of Kaeleigh Rousey |
| Exhibit 39 | October 27, 1993 Scheel polygraph report |
| Exhibit 40 | Redacted January 24, 2000 Scheel polygraph report |
| Exhibit 41 | Unredacted January 24, 2000 Scheel polygraph report |
| Exhibit 42 | Unredacted January 5, 2000 Roland polygraph report |
| Exhibit 43 | Redacted January 5, 2000 Roland polygraph report |

Respectfully submitted,

/s/ Elizabeth Wang
Counsel for Petitioner

Jon Loevy
Gayle Horn
Tara Thompson
Elizabeth Wang
THE EXONERATION PROJECT
  at the University of Chicago Law School
312 N. May St., Ste. 100
Chicago, IL 60607
O: (312) 243-5900
F: (312) 243-5902
*Counsel for Petitioner*