IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JAMES SNOW, Reg. No. N-50072, ) | |
| ) | |
| PETITIONER, ) | No. 13 CV 3947 |
| ) | |
| v. ) | |
| ) | NOTICE OF APPEAL |
| MICHAEL LEMKE, Warden, ) | |
| Superintendent, or authorized person having ) | Hon. Elaine E. Bucklo |
| custody of petitioner, ) | |
| ) | |
| RESPONDENT. ) | |

### NOTICE OF APPEAL

PLEASE TAKE NOTICE that Petitioner James Snow, Reg. No. N-50072, hereby appeals to the United States Court of Appeals for the Seventh Circuit the Memorandum Order and Opinion dated December 20, 2016, denying his petition for a writ of habeas corpus and further denying him, *sua sponte*, a certificate of appealability. Petitioner's Motion for a Certificate of Appealability will be separately filed.

Petitioner further notes that since the filing of this litigation, the Warden of Stateville Correctional Center has become Randy Pfister, and so Randy Pfister should be substituted as the appropriate Respondent-Appellee for purposes of this appeal.

DATED: January 17, 2017　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ Tara Thompson
　　　　　　　　　　　　　　　　　　　　　　*One of Petitioner's Attorneys*

Jon Loevy
Tara Thompson
Elizabeth Wang
THE EXONERATION PROJECT
　at the University of Chicago Law School
6020 S. University Ave.
Chicago, IL 60637
(312) 789-4955
*Counsel for Petitioner*

**CERTIFICATE OF SERVICE**

　　I, Tara Thompson, an attorney, certify that on January 17, 2017, I caused the foregoing Notice of Appeal to be served on all counsel of record via CM/ECF electronic filing.

　　　　　　　　　　　　　　　　　　　　　　/s/ Tara Thompson